604 A.2d 1020

COMMONWEALTH of Pennsylvania, Appellee,

v.

James JONES, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 22, 1990.

Decided March 16, 1992.

## ORDER

PER CURIAM.

The Court deems the efforts of appellant's counsel to be less than adequate for the purpose of reviewing this death penalty appeal. The case is remanded to the Court of Common Pleas of Philadelphia for the appointment of new appellate counsel.